# Weisberg Law

*Attorneys & Counselors at Law*
LICENSED IN PA & NJ

**7 South Morton Avenue**
**Morton, Pennsylvania 19070**
**Ph: 610.690.0801**
**Fax: 610.690.0880**

Additional Offices
Philadelphia, Pa
Bala Cynwyd, Pa

*Matthew B. Weisberg\*^*
L. Anthony DiJiacomo~
David A. Berlin^
Robert P. Cocco~+
Gary Schafkopf^+
Brian Mildenberg~+
Marc Weisberg~+
Yanna Panagopoulos~+

\*NJ & PA Office Manager
^Licensed in PA & NJ
~Licensed in PA
+Of Counsel

Web-Site: www.weisberglawoffices.com
E-Mail: mweisberg@weisberglawoffices.com

*Tuesday, August 28, 2018*

**Via ECF**
The Hon. Steve Mannion, United States Magistrate Judge
United States District Court – District of New Jersey
50 Walnut Street, Room 4015
Newark, NJ 07101

      **Re:** ***D'Ann McCoy, et al. v. The Atlantic Amateur Hockey Association***
           **United States District Court │ District of New Jersey**
           **No.: 17-10671**

           **Joint Agenda Letter Re. September 5, 2018 Telephone Status Conference**

Dear Your Honor:

    Undersigned Counsel represents Plaintiff in the above matter. Undersigned Counsel writes pursuant to Your Honor's June 27, 2018 Scheduling Order. After conferring with Defendants' Counsel, Attorney Thomas Reardon, III, the Parties do not have any agenda items for the upcoming Telephone Status Conference, scheduled for September 5, 2018.

    If Your Honor requires any additional information, the Parties are happy to oblige.

                              Sincerely,

                              */s/ Matthew B. Weisberg*
                              Matthew B. Weisberg, Esquire
                              *Attorney for Plaintiffs*

MBW/lad
Cc: Thomas Reardon, III, Esq. *(via ECF)*